JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDELL ELIJAH COWART, SR., | Case No. 2:22-cv-07593-MAA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order Reversing Decision of the Commissioner and Remanding for Further Administrative Proceedings filed herewith,

**IT IS HEREBY ADJUDGED** that the decision of the Commissioner of Social Security is reversed and that this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: January 22, 2024

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE