1  STUART T. BARASCH, ESQ.
   Of Counsel, Olinsky Law Group
2  P.O. Box 961719
   El Paso, TX 79996
3  Telephone: (213) 621-7622
   Facsimile: (213) 402-2261
4  Email: Stuartbarasch@gmail.com
5  Attorney for Plaintiff, Valerie Renee Sanders Smith

6  E. MARTIN ESTRADA
7  United States Attorney
   DAVID M. HARRIS
8  Assistant United States Attorney
   Chief, Civil Division
9  CEDINA M. KIM
10 Assistant United States Attorney
   Senior Trial Attorney, Civil Division
11 SUSAN L. SMITH, CSBN 253808
   Special Assistant United States Attorney
12 Social Security Administration
13 Office of the General Counsel
   Office of Program Litigation, Office 7
14     6401 Security Boulevard
15     Baltimore, Maryland 21235
       Telephone: (510) 970-4827
16     Facsimile: (415) 744-0134
       E-mail: susan.l.smith@ssa.gov
17 Attorneys for Defendant

18
19                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
20                          WESTERN DIVISION

21
22 GARDELL ELIJAH COWART, SR.,      )   Case No.: 2:22-cv-07593-MAA
                                    )
23         Plaintiff,               )   [~~PROPOSED~~] ORDER
                                    )
24     vs.                          )
                                    )
25 MARTIN O'MALLEY,                 )
                                    )
26 Commissioner Of Social Security, )
                                    )
27         Defendant.               )
28

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that $10,943.72 in attorney fees and $19.71 in expenses, as authorized by 28 U.S.C. § 2412, and no costs be awarded subject to the terms of the Stipulation.

DATED: April 24, 2024

HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE